IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff(s), | ) | Case No: 21 CR 618-3 |
| v. | ) | Judge: Martha M. Pacold |
| | ) | Magistrate Judge: M. David Weisman |
| Tacarlos Offerd, | ) | |
| Defendant(s), | ) | |

**ORDER**

Initial Appearance hearing held. Defendant Tacarlos Offerd appeared by telephone based on an arrest on 10/13/21. The Court advised defendant of rights to appear in person and defendant waives his rights to appear in person. Pursuant to CARES Act, this hearing was conducted by telephone. See generally, CARES Act, Pub. L. 116-136 § 15002(b)(1). Consistent with the Act, the defendant's consent was obtained and noted on the record. Id., §15002(b)(4). Attorney John Sommerville's oral motion for leave to file an appearance on behalf of Defendant is granted. Enter order appointing John Sommerville under CJA to represent Defendant. Defense counsel is further requested to promptly submit a Financial Affidavit and an Order Appointing Counsel Under the Criminal Justice Act Death Penalty Proceedings on behalf of Defendant to the Court's email at: Weisman_Chambers@ilnd.uscourts.gov Defendant was advised of rights and the charges pending against Defendant pursuant to Fed. R. Crim. P. 5. The Court finds the Defendant is able to understand these rights as they were reviewed. The Government's oral motion for pretrial detention based on risk of flight and danger to the community is entered and continued. Telephonic detention hearing set for 10/15/21 at 12:30 p.m. The Court orders Defendant remanded into federal custody and shall remain in custody until further order of the court. Defendant ordered to appear by telephone by U.S. Marshals Service. By agreement, the government may proceed by proffer as to any argument supporting detention. Parties shall dial in using the Court's conference call-in number. The conference call-in number is 1-877-411-9748 and the passcode is 1814539. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Arraignment hearing held. Defense acknowledges receipt of the indictment and waives formal reading. Defendant enters a plea of not guilty. The schedule for certain preliminary proceedings is as follows: Rule 16.1 conference to be held by 10/20/21, Pretrial Motions are to be filed by 10/27/21, and Responses are to be filed by 11/03/21. The matter is set for a status hearing before Judge Martha M. Pacold on 11/09/21 at 10:30 a.m. in Courtroom #1425. The Government's unopposed oral motion to exclude time is granted. Time is excluded in interest of justice pursuant to 18 U.S.C. § 3161 (h)(1)(D) from the date of the arraignment on 10/13/21 to and including the next status hearing on 11/09/21 with the District Judge. (X-E)

T: (00:35 Initial Appearance)
T: (00:05 Arraignment)

Date: October 13, 2021

_M. David Weisman_
M. David Weisman
United States Magistrate Judge