In the United States District Court
for the Northern District of Illinois

**United States of America,**
**Plaintiff,**

Case number 21 CR 618-3

Judge Pacold

v.
Tacarlos Offerd
**Defendant.**

## CJA APPOINTMENT ORDER
### ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** Tacarlos Offerd

**Under seal?** ☐ Yes ☒ No

**Defendant number** 3

**Representation type** CC

**Type of person represented** Adult

**Court order** Appointing Counsel

**Payment category** Felony

**Name of Prior Attorney** none

**Name of appointed attorney** John Somerville

If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.

_____    3/29/22
**Signature of Presiding Judge or by Order of the Court**    **Date**

**Nunc Pro Tunc Date:** 1/31/22    or ☐ None

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?** ☐ Yes ☐ No
**Prior authorization approved?** ☐ Yes ☐ No  ☐ Not applicable

_____    _____
**Signature of Presiding Judge or by Order of the Court**    **Date**

**Nunc Pro Tunc Date:**    or ☐ None

Rev. 2212019